PHILLIP WHITE *v.* COMMISSIONER OF CORRECTION
(AC 29359)

Harper, Lavine and Hennessy, Js.

Argued February 5—officially released March 17, 2009

Per Curiam. The judgment is affirmed.

JAMES DRAUGHN *v.* COMMISSIONER OF
CORRECTION
(AC 29311)

Flynn, C. J., and Lavine and Borden, Js.

Argued February 10—officially released March 17, 2009

Per Curiam. The appeal is dismissed.

ERIC S. *v.* COMMISSIONER OF CORRECTION
(AC 29502)

Gruendel, Robinson and Lavery, Js.

Argued February 19—officially released March 17, 2009

Per Curiam. This case is controlled by *Ghant* v. *Commissioner of Correction*, 255 Conn. 1, 9, 761 A.2d 740 (2000).

The appeal is dismissed.